ESTATE OF RASMUSSEN: RASMUSSEN, Appellant, vs. JENSEN, Administrator, Respondent.

For the appellant: *Lillian M. Rasmussen, in pro. per.*
For the respondent: *Alfred L. Drury* of Kenosha.

*By the Court.*—Order affirmed.

FRIEDMAN, Respondent, vs. BRUNSWICK-BALKE-COLLENDER COMPANY, Appellant.

For the appellant: *Quarles, Spence & Quarles,* attorneys, and *Kenneth E. Smart* of counsel, all of Milwaukee.

For the respondent: *Soref & Soref* and *Joseph A. Padway,* attorneys, and *Bernard Soref* and *David Previant* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

QUINER, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Walter Schinz, Jr.,* attorney, and *Donald C. Jacobson* of counsel, both of Milwaukee.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.